Date: 09/08/10     **DIVIDENDS REMITTED TO THE COURT**     Page: 1

Case Number 09-13118 - HANNEBAUM, BRIAN DEAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Oklahoma Tax Commission<br>Legal Division<br>120 N. Robinson, Suite 2000<br>Oklahoma City OK 73102-7471 | 000002A | 33.90 | 1.08 |
| ---------- Remittance Total -------------- | | 33.90 | 1.08 |

*[signature]*

SUSAN MANCHESTER, Trustee

COURT1     Printed: 09/08/10 10:35 AM    Ver: 15.20